THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK DE R. STOREY, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

*People* v. *Storey,* 215 App. Div. 446, affirmed.

(Argued October 6, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1926, which affirmed a judgment of the Court of General Sessions of the Peace in the County of New York, rendered upon a verdict convicting defendant of the crime of criminally receiving stolen property.

*George Gordon Battle* and *Harrison W. Gebhardt* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.